Law Office of
Peter F. Musielski
1801 Parkcourt Place
Building I, Suite 104
Santa Ana, CA 92701
State Bar No. 82486

(714) 558-1773
(714) 558-0179-Fax

Attorney for Plaintiff, Counterdefendant
LOGICLINK, Inc.

# UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGICLINK, INC.<br>a Michigan Corporation<br><br>    Plaintiff,<br><br>  vs.<br><br>KEYLINK SERVICE SOLUTIONS<br>INC, a Nevada Corporation,<br>Robert Basulto, an Individual<br>and  DOES 1 to 10<br><br>    Defendants.<br>_____<br>KEYLINK SERVICE SOLUTIONS, Inc.<br>et al.,<br><br>Counterclaimants<br><br>vs.<br><br>LOGICLINK, INC. and DOES 1 to 5,<br>Inclusive,<br><br>Counterdefendants<br>_____ | **Case No: SACV07-1056-DOC**<br>**(MLGx)**<br>**Judge:        David O. Carter**<br>**Magistrate:    Marc L. Goldman**<br><br><br>**COUNTERDEFENDANT'S**<br>**ANSWER TO**<br>**COUNTERCLAIMS** |

_____

Counterdefendant's Answer to Counterclaims  - 1

TO ALL INTERESTED PARTIES, AND THEIR ATTORNEYS OF RECORD:

Counterdefendant, LOGICLINK INC., (herein after, "LLI"), through it's Attorney of record, hereby answers the Counterclaims of KEYLINK SERVICE SOLUTIONS, INC., (hereinafter, "KSS") in the above caption matter as follows:

## ADMISSIONS AND DENIALS

1.    Answering Paragraph 25 of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein, except that Counterdefendant admits that it is the above captioned Plaintiff in said Action.

2.    Answering Paragraph 26 of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein.

3.    Answering Paragraph 27 of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein.

4.    Answering Paragraph 28, this Counterdefendant admits that this Court has jurisdiction and is the proper venue for the adjudication of the claims setforth herein.

5.    Answering Paragraph 29, this Counterdefendant realleges and incorporates herein by reference each and every answer to the allegations contained in paragraphs 25 through 28 of its Answer to the Counterclaim.

Counterdefendant's Answer to Counterclaims  - 2

6. Answering Paragraph 30, of the within Counterclaim, this Counterdefendant admits that an actual controversy has arisen and now exists between the parties relating to the application of the claims contained in the "498 Patent".

7. Answering Paragraph, 31, of the within Counterclaim, this Counterdefendant admits the allegations contained therein.

8. Answering Paragraph 32, of the within Counterclaim, this Counterdefendant admits the allegations contained therein.

9. Answering Paragraph 33, this Counterdefendant herein realleges and incorporates herein by reference each and every answer to the allegations contained in paragraphs 25 through 28 of it's answer to the Counterclaim herein.

10. Answering Paragraph 34, of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein.

11. Answering Paragraph 35, of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein.

12. Answering Paragraph 36, of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein.

13. Answering Paragraph 37, of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations

contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein.

14.     Answering Paragraph 38, of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein.

15.     Answering Paragraph 39, of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraph, and placing it's denial on that ground, denies each and every allegation contained therein.

16.     Answering Paragraph 40, of the within Counterclaim, this Counterdefendant realleges and incorporates herein by reference each and every answer to the allegations contained in paragraphs 25 through 38 of its Answer to the Counterclaim.

17.     Answering Paragraphs 41, 42, 43, 44,45,46, and 47, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraphs, and placing it's denial on that ground, denies each and every allegation contained therein.

18.     Answering Paragraph 48, of the within Counterclaim, this Counterdefendant realleges and incorporates herein by reference each and every answer to the allegations contained in paragraphs 25 through 47 of its Answer to the Counterclaim.

19.     Answering Paragraphs 49, 50, 51,52,53, 54, and 55 of the within Counterclaim, this Counterdefendant does not have sufficient information or belief

to enable it to answer the allegations contained in said paragraphs, and placing it's denial on that ground, denies each and every allegation contained therein.

20.     Answering Paragraph 56 of the within Counterclaim, this Counterdefendant realleges and incorporates herein by reference each and every answer to the allegations contained in paragraphs 25 through 56 of it's Answer to the Counterclaim.

21.     Answering Paragraph 57 and 58, of the within Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraphs, and by placing its denial on that ground, denies each and every allegation contained therein.

22.     Answering Paragraph 59, of the within Counterclaim, this Counterdefendant realleges and incorporates herein by reference each and every answer to the allegations contained in paragraphs 25 through 58 of its Answer to the Counterclaim.

23.     Answering Paragraphs 60, 61, 62 and 63 of the with Counterclaim, this Counterdefendant does not have sufficient information or belief to enable it to answer the allegations contained in said paragraphs and placing it's denial on that ground, denies each and every allegation contained therein.

## AFFIRMATIVE DEFENSES TO THE COUNTERCLAIM

### First Affirmative Defense
### (Failure to state a cause of Action)

24.     The Counterclaim fails to state facts sufficient to constitute a Cause of Action upon which relief can be granted.

## Second Affirmative Defense
### (Estoppel)

25.    Counterclaimants, by their own acts and omissions occurring at all times relevant to this Action, are estopped by virtue of their conduct, from obtaining the relief sought in the Counterclaim.

## Third Affirmative Defense
### (Waiver)

26.    Counterclaimants, by their own acts and conduct occurring at all times relevant to this Action, have waived any right to obtain the relief sought in the Counterclaim.

## Fourth Affirmative Defense
### (Latches)

27.    Counterclaimants, by their own acts and conduct occurring at all times relevant to this Action, are barred from recovery by the doctrine of latches.

## Fifth Affirmative Defense
### (Unclean Hands.)

28.    Counterclaimants are barred from seeking any relief by the doctrine of unclean hands.

## Sixth Affirmative Defense
### (Collateral Estoppel Doctrine)

29.    Counterclaimant's Causes of Action are barred under the doctrine of collateral estoppel from seeking the relief prayed for in the counterclaim.

## Seventh Affirmative Defense
### (Statue of Limitations)

30.    Counterclaimant's Causes of Action are barred by the applicable statue of limitations, California Code of Civil Procedure § 338, 340 and California Business and Professional Code § 16750.1

**Eight Affirmative Defense**
**(Failure to give notice)**

31.     The Counterclaim is barred as a result of Counterclaimants failure to give notice pursuant to California Business and Professional Code §16750.2.

**Ninth Affirmative Defense**
**(Privilege or justification)**

32.     Counterdefendant was privileged and justified in acting and in making the statements and representations Counterdefendant made to the persons to whom the statements and representations were made.  Accordingly, Counterdefendant cannot be liable for Counterclaimants damages, if any there be.  Pursuant to California Civil Code §47(b), (c), (d).

## PRAYER

**WHEREFORE,** Counterdefendant LOGICLINK, INC., prays for a Judgment as follows:

1.     That Counterclaimants take nothing by way of its Countercomplaint, and that the Countercomplaint be dismissed.

2.     That the Counterdefendant receives Judgment for cost, including attorneys fees according to proof as provided by Law.

3.     For such other and further relief as this Court may find reasonable and just.

DATED:     January 2, 2008     Respectfully submitted,

_____
PETER  F. MUSIELSKI, Attorney for
LOGICLINK, INC.,
Plaintiff/Counterdefendant

Counterdefendant's Answer to Counterclaims  - 7