JS - 6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOGICLINK, INC., ) | Case No. SACV07-1056 DOC (MLGx) |
|         Plaintiff(s), ) | |
|    v. ) | **J U D G M E N T** |
| KEYLINK SERVICE SOLUTIONS, ) INC.; ROBERT BASULTO; AND ) DOES 1 TO 10 ) | |
|         Defendant(s). ) | |
| _____ ) | |

This civil case was called for trial before the Court, without a jury, on January 6, 2009. The Court heard closing arguments and took the matter under submission on February 11, 2009. The Court having heard all the testimony and considered all admissible evidence, as well as the arguments of counsel and their respective proposed Findings of Fact and Conclusions of Law, entered and filed its Findings of Fact and Conclusions of Law in this case on March 19, 2009.

After reviewing all of the evidence in this matter and findings of fact and conclusions of law having been rendered,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment be entered in favor of plaintiff. Plaintiff is awarded $72,273.00 in unjust enrichment from defendant Basulto.

All parties shall bear their own costs and attorneys' fees.

IT IS SO ORDERED.

DATED: March 19, 2009

_____
DAVID O. CARTER
United States District Judge